IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL A. WRENN                                              PETITIONER

vs.            Civil Case No. 5:09CV00066 SWW/HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                             RESPONDENT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 21st day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE